## WAINWRIGHT v. CUMBERLEDGE.

No. 5218.    Opinion Filed September 14, 1915.

(151 Pac. 847.)

**APPEAL AND ERROR—Failure to File Brief—Affirmance.** Where plaintiff in error has filed no brief, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the judgment of the trial court will be affirmed.

(Syllabus by Dudley, C.)

*Error from District Court, Muskogee County;*
*Preston B. Cole, Assigned Judge.*

Action by G. F. Cumberledge against W. H. Wainwright. Judgment for plaintiff, and defendant brings error. Affirmed.

Opinion by DUDLEY, C. The petition in error and the transcript of the record in this case were filed in this court on June 12, 1913; neither party has filed a brief, nor have they offered any excuse for the failure to do so. It is evident that the proceedings have been abandoned.

The judgment of tthe trial court should therefore be affirmed, under rule 7 of this court (38 Okla. vi, 137 Pac. ix). *Nicholson v. Barnes,* 42 Okla. 250, 140 Pac. 1155.

By the Court: It is so ordered.